# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Adam I.L. Truesdale, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00665-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| James C Cacheris | ) | |
| Richard D Falls | | |
| Graham C Mullen | | |
| Jill Westmoreland Rose | | |
| Kenneth M Smith, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2017 Order.

December 21, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court